UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FREEMAN ANDREW HARDIN | ) | CASE NO. 15-33081 |
| Debtor | ) | Chapter 7 |
| _____ | ) | |

TRUSTEE'S STATUS REPORT

In compliance with this Court's Order entered August 21, 2018, Wm. Stephen Reisz, trustee, and respectfully files this Status Report.

Trustee is in the process of preparing three adversary proceedings which will seek to avoid transfers made by Debtor shortly before his filing bankruptcy and also will seek a declaration by this Court that the transfers were sham transactions and that the properties remain property of Debtor and now property of this estate.

Respectfully submitted,

  /s/ Wm. Stephen Reisz
Wm. Stephen Reisz, trustee
401 W. Main St., Ste 1400
Louisville, KY 40202
(502) 584-1000

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was on September 20, 2018 sent electronically through the US Bankruptcy Court's ECF system at the electronic addresses set forth in the ECF system to all other parties receiving electronic notifications in this case.

  /s/ Wm. Stephen Reisz
Wm. Stephen Reisz